

Cite as 2014 Ark. App. 77

# ARKANSAS COURT OF APPEALS

DIVISION III
No. E-13-599

| | | |
|---|---|---|
| CYNTHIA STROUD | | **Opinion Delivered** January 29, 2014 |
| | APPELLANT | APPEAL FROM THE ARKANSAS BOARD OF REVIEW |
| V. | | [No. 2013-BR-01593] |
| DIRECTOR, DEPARTMENT OF WORKFORCE SERVICES | | |
| | APPELLEE | REVERSED AND REMANDED |

**LARRY D. VAUGHT, Judge**

Cynthia Stroud appeals the decision of the Board of Review, which denied appeal from the decision of the Appeal Tribunal that required her to repay the Department of Workforce Services $240 in unemployment benefits. We review the decision of the Appeal tribunal as the Board's decision pursuant to Ark. Code Ann. § 11-10-525, and reverse and remand because the Board's decision and this appeal are premature.

The record before this court does not reflect the factual basis for the ordered repayment. It only states that Stroud was disqualified because of a finding of fraud in filing a continued claim to collect benefits. However, the decision also states that the repayment order was tentative because the underlying decision on fraud was still on appeal. Under these circumstances, we have held that an appeal of a repayment order is premature, and we have reversed on this basis. *Holloway v. Dir.*, 2012 Ark. App. 635.

Accordingly, we reverse and remand for a new hearing on the overpayment

SLIP OPINION

determination once the eligibility determination has become final for appellate purposes.

Reversed and remanded.

GRUBER and WHITEAKER, JJ., agree.

*Cynthia Stroud*, pro se appellant.

*Phyllis Edwards*, Associate General Counsel, for appellee.